**Opinion issued October 30, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00642-CV

———————————

**GIBRALTAR FINANCE & MORTGAGE, INC., Appellant**

**V.**

**DB WEBSTER, LTD., Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-84196**

---

## MEMORANDUM OPINION

Appellant, Gibraltar Finance & Mortgage, Inc., filed a notice of appeal from the trial court's July 26, 2025 "Order Granting Bill of Review" in favor of appellee, DB Webster, Ltd. On October 16, 2025, appellee filed a motion to dismiss the appeal, asserting that the trial court's order was not a final judgment or otherwise

appealable order.  In response to appellee's motion to dismiss, on October 21, 2025, appellant filed a "Motion to Dismiss Appeal," seeking to voluntarily dismiss its appeal.  *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).  Appellant's motion includes a certificate of conference stating that appellee is not opposed to the requested relief.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.